KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

RACHEL S. MORIYAMA  #3802
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Rachel.Moriyama@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 17-00498 JMS KSC |
| Plaintiff, | FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF DEFAULT JUDGMENT AND FOR DECREE OF FORFEITURE |
| vs. | |
| ¥5,600,000 IN JAPANESE YEN CONVERTED TO $61,488.00 IN UNITED STATES CURRENCY | |
| Defendant. | |

FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S
*EX PARTE* MOTION FOR ENTRY OF DEFAULT JUDGMENT
AND FOR DECREE OF FORFEITURE

Before the Court is Plaintiff United States of America's *Ex Parte* Motion for Entry of Default Judgment and for Decree of Forfeiture, and it appearing that no entitled person has filed any claim or answer, and it further appearing that the Complaint for Forfeiture was properly served, that publication

was duly made in this matter, and that due notice was given, the Court finds:

    1.   That process was duly issued in this case and that the above-captioned defendant property was duly seized by Customs and Border Protection pursuant to said process;

    2.   That no entitled person or entity has filed any claim or answer within the time fixed by law;

    3.   That on March 13, 2018, default was duly entered against any and all persons and entities claiming or having any interest in the defendant property, including YOSHIAKI EZO and TOMOKO EZO.

    4.   That the allegations contained in the Complaint for Forfeiture are taken as admitted;

Based upon the above findings, and the Court being otherwise fully advised in the matter, IT IS HEREBY FOUND AND RECOMMENDED THAT:

    1.   Default judgment be entered against the defendant property;

    2.   All persons claiming any right, title or interest in or to the defendant property be held in default, including YOSHIAKI EZO and TOMOKO EZO;

    3.   The defendant property be forfeited to the United States of America; and

//

//

        4.   Customs and Border Protection be directed to dispose of the above-captioned defendant property in accordance with law.

        DATED:  Honolulu, Hawaii, April 6, 2018.




Kevin S.C. Chang
United States Magistrate Judge

*USA v. ¥5,600,000 IN JAPANESE YEN CONVERTED TO $61,488.00 IN UNITED STATES CURRENCY*; Civil No. 17-00498 JMS-KSC; FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF DEFAULT JUDGMENT AND FOR DECREE OF FORFEITURE