IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CIV. NO. 17-00498 JMS-KSC |
|---|---|---|
| Plaintiff, | ) ) | ORDER ADOPTING MAGISTRATE JUDGE'S |
| vs. | ) ) | FINDINGS AND RECOMMENDATION |
| ¥5,600,000 IN JAPANESE YEN CONVERTED TO $61,488.00 IN UNITED STATES CURRENCY, | ) ) ) ) |  |
| Defendant. | ) ) |  |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 6, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiff's *Ex Parte* Motion for Entry of Default Judgment and for Decree of Forfeiture," ECF No. 15, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 30, 2018.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge